NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARGENTUM MEDICAL, LLC,**
*Plaintiff/Counterclaim Defendant*

**GREGG SILVER, THOMAS MILLER,**
*Counterclaim Defendants-Appellants*

**v.**

**NOBLE BIOMATERIALS,**
*Defendant/Counterclaimant*

**DERMA SCIENCES, INC.,**
*Defendant/Counterclaimant*

**NOBLE FIBER TECHNOLOGIES, LLC,**
*Third Party Defendant*

---

2015-1057

---

Appeal from the United States District Court for the Middle District of Pennsylvania in No. 3:08-cv-01305-ARC, Senior Judge A. Richard Caputo.

---

**JUDGMENT**

---

THOMAS C. CRONIN, Cronin & Co., Ltd., Chicago, IL, argued for counterclaim defendants-appellants.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|   July 15, 2015   | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |